# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>Gloria Crystal VARELA,<br><br>    Defendant. | Case No.: '21 MJ01400<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 18 U.S.C. §§ 922(g)(3) - Unlawful User/Addict in Possession of Firearms<br><br>Title 18 U.S.C. §§ 922(g)(1) - Felon in Possession of a Firearm |

The undersigned complainant being duly sworn states:

## COUNT ONE

On or about April 13, 2021, within the Southern District of California, defendant GLORIA CRYSTAL VARELA, knowing that she was an unlawful user of and/or addicted to a controlled substance as defined in Title 21, United States Code, Section 802, did knowingly possess firearms that traveled in and affected interstate commerce, to wit: one Ruger M1 Carbine Rifle bearing serial number 394377 and one Ruger Gunsite Scout Rifle bearing serial number 68087553, in violation of Title 18, United States Code, Sections 922(g)(3).

## COUNT TWO

On or about April 13, 2021, within the Southern District of California, defendant GLORIA CRYSTAL VARELA knowing her status as a convicted felon, that is, a person having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: one Ruger M1 Carbine Rifle bearing serial number 394377 and one Ruger Gunsite Scout Rifle bearing serial number 68087553, in violation of Title 18, United States Code, Sections 922(g)(1).

The complainant states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

*Michael King*
_____
Michael King, Special Agent
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 14th day of April 2021.

*Allison H. Goddard*
_____
HON. ALLISON H. GODDARD
U.S. MAGISTRATE JUDGE

# PROBABLE CAUSE STATEMENT

During the course of my duties, I have learned the following information from having read the reports prepared by other law enforcement officers. The following does not contain all of the information known to me or other federal agents and state and local officers regarding this investigation but does contain at least those facts believed to be necessary to establish the requisite probable cause.

On April 13, 2021, at approximately 4:25 a.m., defendant Gloria Crystal VARELA and the 2008 Porsche Cayenne bearing California plates she occupied were selected for inspection at the San Ysidro Port of Entry (POE) via outbound vehicle lane #7. VARELA was traveling from the United States to Mexico. Customs and Border Protection Officer (CBPO) M. Vazquez inspected VARELA and received two negative customs declaration. CBPO Vazquez referred VARELA and her vehicle to the secondary inspection area.

CBPO Vazquez conducted an inspection of the vehicle in the secondary lot. During the inspection, CBPO Vazquez discovered a Ruger M1 Carbine rifle (Serial #349377), a Ruger Gunsite Scout (Serial #68087553), and two loaded magazines. One magazine contained 10 rounds of .223 caliber ammunition and the other had 10 rounds of .30 caliber ammunition. VARELA was also in possession of $5,099 United States Dollars.

VARELA was transported to the inbound security office to await an interview. At approximately 6:25 a.m. a second pat down was conducted. During this pat down, a small plastic bag containing a hard substance and a dollar bill were discovered in VARELA's right jean pocket. The substance later tested positive for methamphetamine with a weight of .74 grams.

Homeland Security Investigations (HSI) Special Agent M. King interviewed VARELA in the English language. VARELA agreed to waive her Miranda Rights.

VARELA said she was asked to bring rifles to Mexico for an infamous cartel in exchange for payment. VARELA said an unknown male placed the weapons in her vehicle while she was having a tire repaired for her Porsche in San Rafael, California. VARELA said she was going to purchase another car after she returned to the United States. VARELA said she intended to use the purchased vehicle to cross methamphetamine from Mexico into the United States for the same cartel. VARELA admitted to being a habitual methamphetamine user off and on for approximately the past twenty years. VARELA said she was not under the influence of any substance at the time of interview itself.

Preliminary records checks revealed the following relevant criminal history:

| CONVICTION DATE | COURT OF CONVICTION | CHARGE | TERM OF IMPRISONMENT |
|---|---|---|---|
| 8/6/2012 | Fairfield Superior Court #CA048033J | 22022: Burglary: Second Degree (459 PC): (Felony) | 36 Months Probation |
| 4/19/2013 | Santa Rosa Superior Court #CA049023J | 35172: Possess Controlled Substance (11377(A) HS) (Felony. Reduced to Misdemeanor on 9/17/2015) | 6 Months Jail 36 Months Probation |
| 6/28/2006 | Santa Rosa Superior Court #CA049023J | 28036: Possess Stolen Vehicle/Vessel/Etc (496D(A) | 24 Months Probation |

2

| 4/7/2008 | Sonoma Superior Court #CA049013J | 38059: Willful Cruelty to Child (273A(B) PC) | 48 Months Probation 120 Days Jail |
|---|---|---|---|
| 3/19/2008 | Santa Rosa Superior Court #CA049023J | 35212: Use/Under Influence Controlled Substance (11550(A) HS) | 36 Months Probation 5/11/2011 – Conviction Set aside. Dismissed per 1210.1(E)(1) PC |
| 8/24/2020 | Santa Rosa Superior Court #CA049023J | 35353: Possess Controlled Substance (11377(A) HS) 22004: Burglary (459 PC) – Felony 28024: Receive/Etc Known Stolen Property (496(A) PC) 46028: Conspiracy: Commit Crime (182(A)(1) PC) | Charges Pending |

The firearms, ammunition, magazines, and methamphetamine were seized. Preliminary checks revealed the firearm and ammunition were not manufactured in California. Checks also revealed the Ruger Gunsite Scout was previously reported stolen. VARELA technically transported the firearm and ammunition from the

3

United States to Mexico. Therefore, there is no question that the firearms and ammunition traveled in, and/or affected interstate commerce.